**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01580-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DERRICK E. TURNER,

      Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,
RAY ARCHULETA, Warden
CYNTHIA COFFMAN, The Attorney General of the State of Colorado

      Respondents.

---

## ORDER TO CURE DEFICIENCIES

---

      Applicant is a prisoner, currently incarcerated at the Fremont Correctional Facility

in Canon City, Colorado.  On July 24, 2015, Mr. Turner, submitted a *pro se* Application

for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. (ECF No. 1).  The same day,

he also submitted a Motion for Order to Hold in Abeyance. (ECF No. 3).

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(A), the Court has

determined that the documents filed are deficient as described in this Order.  Mr. Turner

will be directed to cure the following if he wishes to pursue any claims in this Court in

this action.  Any papers that Mr. Turner files in response to this Order must include the

civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted

(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (Must use Court-approved form revised January 2015)
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)  ___   other: _____

**Complaint, Petition or Application**:

(11)  ___   is not submitted
(12)  ___   is not on proper form
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  _X_   other: Application is incomplete. "Timeliness" and "Prior Applications" sections should be completed.  Applicant's signature should also include a date.  The only proper Respondents in a § 2254 Application are the Warden and the State Attorney General, not the People of the State of Colorado.  And, finally, the Application should be submitted with the pages in the correct order.

Accordingly, it is

ORDERED that Mr. Turner cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Turner files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Turner shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Turner fails to cure the designated deficiency, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED July 27, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge