IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01580-GPG

DERRICK E. TURNER,

    Applicant,

v.

LOU ARCHULETA, Warden
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant has submitted a "Motion to Strike Previous Brief" requesting the Court to strike his initial § 2254 brief and accept his second § 2254 brief in its place. On July 27, 2015, this Court issued an Order directing Plaintiff to submit a § 1915 motion (or, in the alternative, pay the filing fee) and cure designated deficiencies in his application. On July 31, 2015, the Court issued a Minute Order noting that the Applicant had filed an Amended Application on the same date as the Court's Order to Cure and that the Amended Application had cured some, but not all, of the designated deficiencies. Therefore, the Court instructed Applicant to cure all of the designated deficiencies as instructed in the July 27, 2015 Court Order. As such, Applicant must file another Amended Application curing the designated deficiencies if he wishes to pursue his claims. He may raise all of the claims and issues he wishes to present in the Amended Application. Therefore, Applicant's "Motion to Strike Previous Brief" (ECF No. 8) is **DENIED** as moot.

Dated: August 5, 2015